IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 3:00-cr-00095 |
| CARLTON VICTOR SMITH, | ) | |
| Defendant. | ) | |

**O R D E R**

The Defendant's Motion to Correct Sentence, Document #275, is **DENIED**. This Court lacks jurisdiction to consider the motion. Converting the motion to a Motion Under 18 U.S.C. § 2255, the motion is untimely. Furthermore, the motion is without merit under any theory.

It is so **ORDERED.**

Thomas A. Wiseman, Jr.
Senior United States District Judge